JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOHN HO, an individual

       Plaintiff,

  vs.

TARGET CORPORATION, a
Minnesota corporation

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 8:19-cv-01041-JFW-RAO

**ORDER RE STIPULATION OF
VOLUNTARY DISMISSAL WITH
PREJUDICE**

[Hon. John F. Walter presiding]

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED

Dated: December 3, 2019

_____
Judge, United States District Court,
Central District of California